# PHILLIPS DAYES

LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZIONA

| | |
|---|---|
| Christopher Schreiner, | Case No. 2:17-cv-01990-DGC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| A Cleaner View, LLC, an Arizona limited liability company, | |
| Defendant | |

Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal of this action with prejudice.

Dated: November 15, 2017       Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By  /s/Sean C. Davis
    Trey Dayes
    Sean C. Davis
    Attorneys for Plaintiff

---

Plaintiff's Notice of Voluntary Dismissal of Action                                                                 Page 1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on November 15, 2017, I electronically transmitted the attached

3     document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice
      of Electronic Filing to each of the following registrants:

4     None

5     By: /s/Sean C. Davis

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Plaintiff's Notice of Voluntary Dismissal of Action                                                   Page 2